IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EUGENE BASKINS,                )
                               )
            Plaintiff,         )
                               )
     v.                        )     1:23CV652
                               )
UNION BAPTIST CHURCH, et al., )
                               )
            Defendants.        )

### ORDER

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 7, 2023, was served on the parties in this action. (Text Recommendation dated Aug. 7, 2023; Doc. 4.) Plaintiff filed an objection to the Recommendation. (Doc. 5.)

The court has conducted a de novo review of the Magistrate Judge's report to which objections have been made and is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Text Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

A Judgment dismissing this action will be entered contemporaneously with this Order.

                              /s/  Thomas D. Schroeder
                              United States District Judge

October 25, 2023