IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EUGENE BASKINS,              )
                             )
            Plaintiff,       )
                             )
    v.                       )                1:23CV652
                             )
UNION BAPTIST CHURCH, et al., )
                             )
            Defendants.      )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).


                                    /s/   Thomas D. Schroeder
                                    United States District Judge

October 25, 2023